AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WALTERS PLASTIC SURGERY, LLC, d/b/a THE MODERN PLASTIC SURGERY & MEDSPA, a Louisiana limited liability company, *Plaintiff(s)* <br> v. <br> MODERN PLASTIC SURGERY AND MEDSPA OF MIAMI INC., a Florida corporation, *Defendant(s)* | Civil Action No. 1:24-cv-22991-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MODERN PLASTIC SURGERY AND MEDSPA OF MIAMI INC.
3905 NW 107th Ave
Suite 401
MIAMI, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Oliver Alan Ruiz
Malloy & Malloy, P.L.
2800 S.W. 3rd Avenue
Miami, FL 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 6, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts